# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00780-CR

---

**The State of Texas, Appellant**

**v.**

**Marcus Anthony Johnson, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
NO. C-1-CR-18-216459
THE HONORABLE ELISABETH ASHLEA EARLE, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

The State of Texas filed a notice of appeal of the trial court's pretrial order suppressing evidence. *See* Tex. Code Crim. Proc. art. 44.01(a)(5). The State has now filed a motion to dismiss this appeal indicating that the parties have entered into a negotiated plea agreement, which includes the State's agreement to dismiss the instant appeal. *See* Tex. R. App. P. 42.2(a). As authorized by Rule 42.2, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

 

 

 

 

                                           _____

                                           Melissa Goodwin, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Appellant's Motion

Filed:   January 8, 2020

Do Not Publish